**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **BOILERMAKER-BLACKSMITH NATIONAL PENSION FUND, et al.,**<br><br>　　　**Plaintiffs,**<br><br>　　　v.<br><br>**REYNOLDS MANUFACTURING COMPANY, INC.,**<br><br>　　　**Defendant.** | **Case No. 18-2396-CM** |

## ORDER OF DEFAULT JUDGMENT

This matter comes before the court upon plaintiffs' Motion for Default Judgment (Doc. 6). Plaintiffs filed this action on August 1, 2018, alleging that defendant breached a collective bargaining agreement by, among other things, failing to make monthly contributions to a fund for employee benefits and failing to report the hours of covered work performed by its employees at different times in violation of the Employment Retirement Income Security Act of 1974 ("ERISA"). Defendant did not file an answer or other responsive motion. On September 5, 2018, plaintiffs filed an application for clerk's entry of default, which was entered on September 10, 2018. Defendant did not seek to set aside the clerk's entry of default, and on September 18, 2018, plaintiffs moved for default judgment.

Plaintiffs' motion for default judgment seeks $14,125 in unpaid contributions, $1,695 in liquidated damages, $1,967.03 in interest as of September 15, 2018, costs in the amount of $537.50, and $1,826 in attorney fees, totaling $20,150.53. The court finds that defendant is in default and an entry of default judgment is proper pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that plaintiffs' Motion for Default Judgment (Doc. 6) is granted and default judgment is entered against defendant and in favor of plaintiffs in the amount of $20,150.53.

Dated January 29, 2019, at Kansas City, Kansas.

                                        s/ Carlos Murguia
                                        **CARLOS MURGUIA**
                                        **United States District Judge**